IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19cr170 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| vs. | : | |
| TERRANCE LAMAR JONES | : | |
| Defendant. | : | |

ORDER DIRECTING SHELBY COUNTY SHERIFF AND JAIL TO ALLOW
CONTACT VISIT BETWEEN MASSIMO DE MARCHIS, PSY.D. AND
INMATE, TERRANCE LAMAR JONES

This Court has ordered an evaluation of defendant, Terrance Lamar Jones. Dr. Massimo De Marchis, Psy.D. will need to have a contact visit with inmate Jones in order to complete his evaluation.

Wherefore, this Court orders the Shelby County Sheriff and Jail to allow a contact visit between Dr. Massimo De Marchis, Psy.D. and inmate, Terrance Lamar Jones as soon as possible.

July 8, 2020

(tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal
Shelby County Jail